# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| LUCINDA VINE, KRISTY POND, on behalf of themselves and for all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PLS FINANCIAL SERVICES, INC., and PLS LOAN STORE OF TEXAS, INC., <br><br> Defendants. | § § § § § § § § § § § § | Civil Action No. 4:18-cv-00450 <br> Judge Mazzant |

## FINAL JUDGMENT

Before the Court is Plaintiffs' Motion for Final Approval of Class Settlement, and the Court, having considered the pleadings on file and the submissions of class counsel, hereby ORDERS and enters FINAL JUDGMENT as follows:

1. The Court finds that class counsel has satisfied all required elements for demonstrating the fairness of the proposed settlement.

2. The Court finds that adequate notice was provided to the Class and thus all requirements for entry of this Judgment have been satisfied.

3. Based on the evidence before the Court and the fact that no objections have been received, the Court hereby finds that the proposed settlement is fair, reasonable and in the best interests of the class and that they have received adequate notice of same.

4. Accordingly, the Court hereby ORDERS as follows:

It is **ORDERED** that the settlement should be and is approved on the terms specified therein;

It is **FURTHER ORDERED** that class counsel shall implement the settlement on the terms so approved;

It is **FURTHER ORDERED and DECREED** that this lawsuit and all claims asserted therein are hereby **DIMISSED WITH PREJUDICE** as to re-filing same.  All costs and fees are taxed against the Party incurring the same.

All relief not previously granted is hereby denied.

**IT IS SO ORDERED.**

**SIGNED this 21st day of March, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE